UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Michael James Roberts,<br>    Plaintiff,<br><br>-v-<br><br>Kalamazoo County Government,<br>    Defendant. | No. 1:18-cv-1244<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** March 15, 2019  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge